UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Christopher Lewis, et. al. | ) | CASE NO. 4:18 CV 2958 |
| | ) | |
| | ) | MAGISTRATE JUDGE KATHLEEN BURKE |
| Plaintiff | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Life Fleet, LLC. et al. | ) | |
| | ) | ORDER OF DISMISSAL WITH PREJUDICE AND APPROVING SETTLEMENT |
| Defendants | ) | |

This matter came before the Court upon the Parties' Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice. Having reviewed the Motion, it is

**ORDERED AND ADJUDGED** as follows:

The requested approval of the Settlement is GRANTED. The Court approves the Settlement and finds the Settlement is fair, reasonable, and just. Plaintiffs Lewis and Getz are authorized to execute and deliver to Defendants a confidential mutual settlement agreement and release

Plaintiffs' claims and this action are hereby DISMISSED WITH PREJUDICE as a final judgment, with each party bearing its own costs, but the Court will RETAIN JURISDICTION to enforce the Settlement.

The case is closed, and all pending motions are denied as moot.

IT IS SO ORDERED this  31  day of  October , 2019.

*/s/ Kathleen B. Burke*

UNITED STATES MAGISTRATE JUDGE
KATHLEEN B. BURKE